```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

DAVID B. GRIFFIN,                )
                                 )
          Plaintiff,             )
                                 )
          v.                     )
                                 )   C.A. No. 12-11792-PBS
TRANSITIONAL ASSISTANCE,         )
                                 )
          Defendant.             )
                                 )
```

## MEMORANDUM AND ORDER

For the reasons set forth below, the Court denies plaintiff's motion (Docket No. 10) for leave to appeal in forma pauperis and certifies, pursuant to 28 U.S.C. § 1915(a), that plaintiff's appeal is not taken in good faith.

## BACKGROUND

On September 27, 2012, plaintiff David Griffin filed a complaint against the Massachusetts Department of Transitional Assistance ("DTA") complaining that the Malden Office failed to inform him whether he would receive a cost of living increase for his DTA benefit. He also complained that he has not had an increase in his food stamp benefit.

The complaint was dismissed without prejudice, in part, because the defendant has Eleventh Amendment immunity. See Docket No. 7. The Order explained that plaintiff failed to identify any substantive law on which his claims are based and that granting leave to amend would prove to be an exercise in futility. Id.

The Court noted that Mr. Griffin has been a frequent litigant in this Court and that he is subject to an order enjoining him from attempting to relitigate the issues raised in <u>Griffin V. MassHealth</u>, C.A. No. 07-12398-RCL.  <u>See</u> 4/14/08 Memorandum and order for Dismissal and Order Enjoining Plaintiff, C.A. No. 07-12398-RCL.  <u>Id.</u>

Plaintiff filed a timely notice of appeal.  <u>See</u> Docket No. 9.  With his notice, plaintiff filed a one-page motion seeking waiver of the appellate filing fee.  <u>See</u> Docket No. 10.

<u>STANDARD OF REVIEW</u>

Applications to appeal in forma pauperis are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24.  In pertinent part, Rule 24(a) provides:

> (1) ... [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court.  The party must attach an affidavit that:
> (A) shows ... the party's inability to pay or to give security for fees and costs;
> (B) claims an entitlement to redress; and
> (C) states the issues that the party intends to present on appeal.

Rule 24(a), Federal Rules of Appellate Procedure.

Similarly, Section 1915(a)(1) provides "any court of the United States may authorize the commencement, prosecution or defense of any ... appeal ... without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28

U.S.C. § 1915(a)(1).  Section 1915(a)(1) requires that the affidavit also state the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress. <u>Id.</u>

Additionally, Section 1915 further provides that, "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).

## DISCUSSION

This Court denies plaintiff's motion.  Plaintiff's motion fails to provide any financial information.  he simply states that he seeks to proceed on appeal without prepayment of the filing fee.  Additionally, the motion fails to comply with the requirements of the statute.  Specifically, the motion fails to list the issues on appeal or what "substantial question" would be presented on appeal.  Finally, plaintiff failed to provide any reason to conclude that there is a legitimate ground for appeal.

Based on Griffin's litigation history, and the failure of the complaint to state any cognizable federal claim, any appeal by Griffin of this matter would not be taken in good faith. Here, the same considerations that led the Court to dismiss the complaint now compel the conclusion that an appeal would not be taken in good faith.  Thus, the Court hereby certifies, pursuant to 28 U.S.C. § 1915(a), that plaintiff's appeal is not taken in

3

good faith and denies plaintiff's motion to waive the appellate filing fee.  Further requests to proceed on appeal in forma pauperis should be directed on motion to the United States Court of Appeals for the First Circuit in accordance with Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

ORDER

    Accordingly, it is hereby

    ORDERED, that plaintiff's Motion for Leave to Appeal In Forma Pauperis (Docket No. 10) is DENIED; and it is further

    ORDERED, that the Court hereby certifies, pursuant to 28 U.S.C. § 1915(a), that plaintiff's appeal is not taken in good faith; and it is further

    ORDERED, that the Clerk transmit this Order as a supplemental record to the First Circuit Court of Appeals.

    SO ORDERED.


  January 7, 2013           /s/ Patti B. Saris
DATE                         PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE